OCTOBER 9, 1974

No. 74–165. BLANCHETTE ET AL., TRUSTEES OF PROPERTY OF PENN CENTRAL TRANSPORTATION CO. v. CONNECTICUT GENERAL INSURANCE CORP. ET AL.;

No. 74–166. SMITH, TRUSTEE OF PROPERTY OF NEW YORK, NEW HAVEN & HARTFORD RAILROAD CO. v. UNITED STATES ET AL.;

No. 74–167. United States Railway Assn. *v.* Connecticut General Insurance Corp. et al.; and

No. 74–168. United States et al. *v.* Connecticut General Insurance Corp. et al. Appeals from D. C. E. D. Pa. Motions of Brock Adams et al. and National Industrial Traffic League for leave to file briefs as *amici curiae* granted. Probable jurisdiction noted. Cases consolidated and a total of three hours allotted for oral argument. Motion to expedite granted and cases set for oral argument on Wednesday, October 23, 1974. Reported below: 383 F. Supp. 510.